~~PROPOSED~~ ORDER/COVER SHEET

TO:      **Honorable Thomas S. Hixson**      RE:     **BUDITASLIM, Tjoman Sugiono**
           **U.S. Magistrate Judge**

FROM:    **Silvio Lugo, Chief**      Docket No.:    **3:23-mj-71269-MAG-1**
           **U.S. Pretrial Services Officer**

**Date:**      **9/07/23**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Vanessa Vargas           (415) 961-1493

U.S. Pretrial Services Officer Assistant         **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)
    **A.  Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services;**
    **B.  Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services; and**
    **C.  Defendant must not use alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____     September 7, 2023
**JUDICIAL OFFICER**        **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge